IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN BOYER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-739 |
| WYETH PHARMACEUTICALS, INC., et al. | : | |

### ORDER

AND NOW, this  25th  day of April, 2012, "Plaintiffs' Motion to Remand and Request for Oral Argument" (docket no. 3) is denied.  A memorandum accompanies this order.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.